**Opinion issued February 23, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-15-00853-CR

_____

**HUEY JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1463572

**MEMORANDUM OPINION**

Appellant, Huey Jones, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).